# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JAMES BUSSEY,
Plaintiff,

v.

DELTA COMMUNITY
CREDIT UNION,
Defendant.

_____/

Civil Action No.: 1:25-cv-2624
VMC

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 15 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## EMERGENCY MOTION FOR JUDICIAL OVERSIGHT AND TO ENFORCE REMOVAL UNDER 28 U.S.C. § 1446(d)

**COMES NOW,** Plaintiff **James Bussey, Pro Se,** and respectfully requests this Court's **immediate intervention** following the removal of this matter from the **Superior Court of Fulton County.**

Despite the filing and acceptance of the **Notice of Removal on May 9, 2025,** the state court has **failed and refused to transmit the full case record** to this Honorable Court as required under **28 U.S.C. § 1446(d).** This obstruction has caused undue delay, legal uncertainty, and **prejudice to Plaintiff,** who has filed **28 motions,** including federal constitutional claims, that remain unadjudicated.

The presiding state court judge **stated on the record** that she would **not honor federal laws,** including constitutional, statutory, and procedural rules such as:

- **Truth in Lending Act (TILA)**
- **Fair Debt Collection Practices Act (FDCPA)**
- **Georgia Attorney Act**
- **FARA compliance**
- **Supremacy Clause – Article VI of the U.S. Constitution**
- **Federal Rule of Civil Procedure 5.1**
- **Georgia Bill of Rights**
- **42 U.S.C. § 1983**
- **Cooper v. Aaron and related Supreme Court authority**

Plaintiff respectfully asks the Court to take **judicial notice and order the state court to transmit the full case record,** including motions, filings, exhibits, and hearing transcripts, without further delay.

## SUPPLEMENT TO NOTICE OF REMOVAL

Plaintiff supplements the original Notice of Removal to provide the Court with additional relevant facts:

**1.** This matter originated in **Magistrate Court,** was transferred to **Superior Court,** and removed to this Court based on substantial federal questions, including:

- **RICO** (18 U.S.C. §§ 1961–1964)
- **TILA,** 15 U.S.C. § 1635
- **FDCPA,** 15 U.S.C. § 1692(e)(4)
- **Rescission of contract,** 12 C.F.R. § 1026.23
- Violations of the **Fifth and Fourteenth Amendments**

- **42 U.S.C. § 1983** – Deprivation of rights under color of law

2. Plaintiff filed a valid **Durable Power of Attorney (POA)** to establish legal standing and authority related to rescission and protection against wrongful repossession. The POA was ignored by the state court.

3. Plaintiff filed a verified **RICO** motion naming attorneys for Delta Community Credit Union as individual Defendants for a pattern of fraudulent conduct and systemic obstruction. That motion has remained unruled for over **six (6) months.**

4. The state court has failed to address **28 filed motions,** including those asserting violations of:

- The **Georgia Attorney Act**
- **FARA compliance** (22 U.S.C. § 612)
- **Rule 5.1 constitutional challenge**
- **Supremacy Clause – Article VI**
- **Unjust enrichment**
- **Rescission of all contracts,** including vehicle and financial agreements

5. The **refusal of the state court to rule,** transmit the record, or recognize federal law constitutes ongoing **irreparable harm** and violates **due process** under **42 U.S.C. § 1983** and the Supremacy Clause.

**6.** Plaintiff respectfully requests this Honorable Court to take **judicial notice** of these failures and ensure enforcement of federal jurisdiction and constitutional protections.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **15th day** of **May 2025,** a true and correct copy of the foregoing **Emergency Motion and Supplement to Notice of Removal** was served upon the following via **FedEx** and/or **CM/ECF,** to:

- Counsel for Delta Community Credit Union

**BROOKS & WARNER, LLC**
Attorneys; Michael E. Brooks &
Jill Warner
1768 Century Boulevard N.E.
Suite B
Atlanta, Georgia 30345
**Email: mbrooks@brooksandwarner.com,**
**Jwarner@brooksandwarner.com**

By: /s/ James Bussey
**/s/ James Bussey**
James Bussey
*Pro Se Plaintiff*
455 Liberty Trace
Roswell, Georgia 30076
**Email: JamesBussey72@yahoo.com**