# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION



**JAMES BUSSEY**

Plaintiff,                                   Civil Action No: 1:25-CV-2624-VMC

**V.**

**DELTA COMMUNITY CREDIT UNION,**

Defendant,

**PLAINTIFF'S AMENDED MOTION TO DECLARE VEHICLE DEBT WAS VOID AND CORRECT THE DATE OF SERVICE AS WELL AS OTHER CORRECTIONS:**

*{Violations of TILA Rescission, Due Process, and unlawful Repossession}*

**TO THE HONORABLE COURT:**

**COMES NOW,** James Bussey plaintiff, moves this Court to **declare the vehicle debt void** under **15 U.S.C. Subsection 1635 {f} {TRUTH IN LENDING ACT} and 12 cfr 1026.23{b} {Reguulation z}** due to the defendant's failing to fully

disclose the so call contract and failure to honor rescission within **20 days of notice {06/05/2024}.**

**Plaintiff states:**

1. **Unlawful repossession without a court order** {5th/14th Amendment Due Process violation}.
2. **Repo company lack of state registration** {constituting auto theft under **GEORGIA** law.

**LEGAL ARGUMENT**

1. **Debt is VOID Under Rescission** {15 U.S.C.SUBSECTION 1635 {F}

-Plaintiff exercised right to rescind the loan contract on **06/05/2024** due to:

-**Failure to provide clear TILA disclosures** {15 U.S.C. Subsection 1635 {A}

-**Defendant ignored recission notice** {violating 12 cfr 1026.23 {b}.

- **TILA mandates aurtomatic voiding of security intrest** if creditor fails to respond within **20 days** . {THE SUPREME COURT *RULED THAT NO COURT HEARING IS NEEDED TO RESCIND A CONTRACT IN 2015}* Plaintiff sent a rescission letter on **06/05/2024** with still no response from Delta Community Credit Union to date. **{JULY 1ST 2025}**

- **Remedy:** Court must cancel debt {Belini v. Wash, Mut Bank, 412 F. 3d 17 {1st Cir, 2005}

2. **Due Process Violation {5th/14th Amendment}**

-Defendant repossessed **plaintiff's vehicle without a court** order, violating:

-**Due Process Clause** {Fuentes v. Shevin, 407 U.S. 67 {1972} Creditors **cannot seize property** without a hearing.

-**Admission by Defendant's attorneys** in defendant's last motion **DEFENDANT'S INITIAL DISCLOSURES** proves violation.

3. Defendant's attorneys admitted they illegally repoed the plaintiff vehicle without a court hearing or court order, which is not only theft but it also violates plaintiff's constitutional rights as well.

4. **Repo Company Lack Registration = Auto Theft**

-Plaintiff check **SECRETARY OF STATE** website and found no registration for **PAR NORTH AMERICA.**

-**CASE LAW** : Mbank El Paso v. Sanchez {836 S.W. 2D 151 {TEX,1992}- **UNLICENSED REPO = CONVERSON {THEFT}.**

## PRAYERS FOR RELIEF

1. Declare the vehicle debt **VOID** under TILA rescission

Respectfully Submitted,

James Bussey

455 Liberty Trace

Roswell Ga, 30076

404-993-3925

Jamesbussey72@yahoo.com

June 27th 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served on Defendant's counsel thru certified mail on June 27th 2025

James Bussey

*/s/ James Bussey*