# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

# STATE OF GEORGIA

JAMES BUSSEY

    Plaintiff,

v.

DELTA COMMUNITY

CREDIT UNION,

    Defendant,

**Case No:** 1:25-CV-2624-VMC

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 28 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## PLAINTIFF'S EMERGENCY MOTION TO PROVE FEDERAL JURISDICTION OVER THIS MATTER.

### I. INTRODUCTION

Plaintiff files this motion to prove that state court **lacks jurisdiction** under federal law **{18 U.S.C. SubSection 1162}** and tribal sovereignty principles, The dispute involves **tribal member** and **treaty rights,** and the **Tribe Member** and **Federal Government** has exclusive authority. According to **Public Law 90-284 TITLE IV-JURISDICTION OVER CRIMINAL AND CIVIL ACTION.** *{ASSUMPTION BY STATE}* **Sec. 401. {a} State has no jurisdiction over INDIAN COURTY OR PART THEREOF,** The **law requires proof**

of jurisdiction to appear on the record of the administrative agency and all administrative proceedings' *{Case Law Hagans v. Lavine, 415 U.S. 533.}*

## II. LEGAL BASIS

1. **Federal Law Controls Jurisdiction in Indian Country**
   -Under **18 U.S.C. SubSection 1162** states **cannot prosecute crimes or regulate civil matters in tribal territory without express tribal consent.**
   -See also ***McClanahan v. Arizona Tax Comm'n, 411 U.S. 164 [1973}*** states lack inherent authority over tribal affairs.

2. **This case involves Tribal Sovereignty**
   -The dispute arises from **a contract signed on tribal land, property rights held by a tribal member, etc.**
   -The **Indigenous Tribe Peace Treaties / Constitution** reserves exclusive jurisdiction over this matter.

3. **Under Title 18 .U.S.C. 911** defines the **crime of falsely** Representing **oneself** as a **United States citizen**. Specifically, It states that **anyone who falsely** and willfully represents themself to be a **U.S. citizen** can be **fined, imprisoned** for up **three years,** or **both.**

4. **No Tribal Consent Was Given**
   -Being That I **James Bussey** an indigenous man has not **consented** to **ANY STATE COURT JURISDICTION.**

   to **state jurisdiction**, or the state will not uphold my **TREATIES**

**RIGHTS** this case has to be move to **Federal Jurisdiction.**

## III. REQUESTED RELIEF

Plaintiff requests:

**1.** Transfer this case to **Federal Court** for **lack of jurisdiction**

**2. RECOGNITION OF {Tribe/Federal Court's} exclusive authority.**

## IV. CERTICATE OF SERVICE

Copies served on date **JULY 28TH 2025**

*James Bussey*

JAMES BUSSEY